UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ELIZABETH PIERRE,

                                    Plaintiff,

                    -against-

PRO HEALTH CARE & ASSOCIATES,

                                    Defendant.
-----------------------------------------------------------X
FEUERSTEIN, District Judge:

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★    APR 22 2014    ★

LONG ISLAND OFFICE

ORDER
14-CV-1867(SJF)(WDW)

On March 17, 2014, *pro se* plaintiff Elizabeth Pierre ("plaintiff") filed an employment

discrimination complaint pursuant to Title VII of the Civil Rights Act of 1964, as codified, 42

U.S.C. §§ 2000e to 2000e-17, as amended, against defendant Pro Health Care & Associates

("defendant"), accompanied by application to proceed *in forma pauperis*. Since plaintiff's

financial status, as set forth in her declaration in support of her application to proceed *in forma*

*pauperis*, qualifies her to commence this action without prepayment of the filing fee, 28 U.S.C. §

1915(a)(1), the application to proceed *in forma pauperis* is granted.

The Clerk of the Court is directed to: (1) issue a summons as to defendant; (2) forward

copies of the summons, the complaint, the Notice of Hearing dated April 22, 2014 and this Order

to the United States Marshal for the Eastern District of New York for service upon defendant

without prepayment of fees; and (3) serve notice of entry of this Order upon plaintiff in

accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure.

SO ORDERED.

                                    s/ Sandra J. Feuerstein
                                    _____
                                    Sandra J. Feuerstein
                                    United States District Judge

Dated:          April 22, 2014
                Central Islip, New York