UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

JACKSON LEWIS P.C.
*ATTORNEYS FOR DEFENDANT*
58 South Service Road, Suite 410
Melville, New York 11747
(631) 247-0404
    ATTORNEYS OF RECORD:
        PAUL J. SIEGEL, ESQ.
        ANA C. SHIELDS, ESQ.
        KATHRYN J. BARRY, ESQ.

---

ELIZABETH PIERRE,

                Plaintiff,

    -against-

PRO HEALTH CARE & ASSOCIATES,

                Defendants.

---

**VIA ECF**

Civil Action No. 14-cv-01867

Feuerstein, J.
Wall, M.J.

TO:    ELIZABETH PIERRE
        *PLAINTIFF PRO SE*
        137-11 Frankton Street
        Rosedale, New York 11422
        (718) 864-2249

## CERTIFICATE PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE

      Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant ProHEALTH Corp. (incorrectly sued herein as "PRO HEALTH CARE & ASSOCIATES") hereby certifies that ProHEALTH Corp. has no publicly held parent, subsidiary or affiliated entity that owns 10% or more of its stock.

Dated: Melville, New York
       June 23, 2014

                                          Yours, etc.,

                                          JACKSON LEWIS P.C.
                                          *ATTORNEYS FOR DEFENDANT*
                                          58 South Service Road, Ste. 410
                                          Melville, New York 11747
                                          (631) 247-0404

                                          _____
                                          PAUL J. SIEGEL, ESQ.
                                          ANA C. SHIELDS, ESQ.
                                          KATHRYN J. BARRY, ESQ.

## **CERTIFICATE OF SERVICE**

       I hereby certify that on June 23, 2014, Defendant's Rule 7.1 Statement was electronically filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, the Eastern District's Local Rules, and the Eastern District's Rules on Electronic Service, and served upon the Plaintiff Pro Se by depositing same in an official depository under the exclusive care and custody of Federal Express designated for overnight delivery, addressed to:

ELIZABETH PIERRE
*PLAINTIFF PRO SE*
137-11 Frankton Street
Rosedale, New York 11422

_____
ANA C. SHIELDS, ESQ.

4814-7935-3883, v. 1